**MARR JONES & WANG**
A LIMITED LIABILITY LAW PARTNERSHIP

RICHARD M. RAND                    2773-0
KRISTI K. O'HERON                  9307-0
Pauahi Tower
1003 Bishop Street, Suite 1500
Honolulu, Hawaii 96813
Tel. No. (808) 536-4900
Fax No. (808) 536-6700
*rrand@marrjones.com*

Attorneys for Defendant
DELTA AIR LINES, INC.

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| SUSAN WADAS,<br><br>        Plaintiff,<br><br>   vs.<br><br>DELTA AIR LINES, INC., DOE DEFENDANTS 1-10,<br><br>        Defendants. | CIVIL NO. _____<br><br>DEFENDANT DELTA AIR LINES INC.'S **NOTICE OF REMOVAL**; DECLARATION OF RICHARD M. RAND; EXHIBIT A; DECLARATION OF ANDREA L. BOWMAN; CERTIFICATE OF SERVICE<br><br><br>No Trial Date Set |

1096653/0106.009

## DEFENDANT DELTA AIR LINES INC.'S NOTICE OF REMOVAL

TO THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF HAWAII:

PLEASE TAKE NOTICE that, pursuant to 28 U.S.C. §§ 1331, 1332, 1367, 1441 and 1446, Defendant Delta Air Lines Inc. ("Defendant") hereby removes Civil No. 18-1-0974-06 BIA from the Circuit Court of the First Circuit, State of Hawaii, to the United States District Court for the District of Hawaii.  In support of removal, Defendant states:

1.      Upon information and belief, the instant action was commenced by the filing of a Complaint; Summons in the Circuit Court of the First Circuit, State of Hawaii, identified as Civil No. 18-1-0974-06 BIA, *Susan Wadas vs. Delta Air Lines, Inc.* ("the Complaint") on June 20, 2018.  A true and correct copy of the Complaint is attached as Exhibit ("Ex.") A.

2.      The Complaint was served on Defendant on July 23, 2018.

3.      No other process, pleadings, and/or orders have been served upon Defendant in this case.

4.      No Answer to the Complaint has yet been filed.

5.      No further proceedings have been had, and thirty days have not elapsed since this action became removable to this Court.  Thus, removal of this action is timely under 28 U.S.C. § 1446(b).

1096653/0106.009                                              2

6. Defendant has the right to remove the instant action to this Court pursuant to 28 U.S.C. §§ 1331 and 1441 because the Complaint asserts claims under Title VII of the Civil Rights Act of 1964. *See* Ex. A at pp. 10-12. The Court has subject matter jurisdiction over all other claims in the Complaint pursuant to 28 U.S.C. § 1367.

7. In addition, Defendant has the right to remove the instant action to this Court pursuant to 28 U.S.C. §§ 1332 and 1441 because there is complete diversity of citizenship between the parties. Plaintiff is a citizen of the State of Hawaii. *See* Ex. A at ¶ 5. A corporation is a citizen of both the state in which it was incorporated and of the state where it has its principal place of business. 28 U.S.C. § 1332(c). Defendant is a corporation incorporated under the laws of the State of Delaware and has its principal place of business in the State of Georgia. *See* Declaration of Andrea L. Bowman, ¶ 2, attached hereto. Accordingly, Defendant is not a citizen of the State of Hawaii. Consequently, there is diversity of citizenship between Plaintiff and Defendant.

8. The Complaint prays for damages, including general and/or compensatory damages, special damages, punitive and/or liquidated or exemplary damages, attorneys' fees, and pre-judgment interest. *See* Ex. A at p. 15. As such, upon information and belief, the matter in controversy in this lawsuit exceeds the jurisdictional threshold set forth in 28 U.S.C. § 1332(a).

1096653/0106.009

3

9.     Venue is proper in the District of Hawaii pursuant to 28 U.S.C. § 1391 inasmuch as the events giving rise to the instant lawsuit, as alleged in the Complaint, allegedly occurred in the District of Hawaii.  *See* Ex. A.

10.     Pursuant to 28 U.S.C. § 1446(d), Defendant will provide counsel for Plaintiff with written notice of the filing of this Notice of Removal, and will file a copy of the Notice of Removal with the Clerk of the Circuit Court of the First Circuit, State of Hawaii.

11.     By filing this Notice of Removal, Defendant waives no defenses to the Complaint.

WHEREFORE, Defendant hereby respectfully requests that this action be duly removed from the Circuit Court of the First Circuit, State of Hawaii, to the United States District Court for the District of Hawaii and that the action proceed herein.

DATED:     Honolulu, Hawaii, August 13, 2018.


  */s/ Richard M. Rand*
RICHARD M. RAND
KRISTI K. O'HERON

Attorneys for Defendant
DELTA AIR LINES, INC.