# MINUTE ORDER

CASE NUMBER:    CIVIL NO. 18-00312 LEK-KJM
CASE NAME:      Susan Wadas v. Delta Air Lines, Inc.,

JUDGE:   Leslie E. Kobayashi        DATE:   3/18/2020

COURT ACTION: EO: COURT ORDER REGARDING DEFENDANT'S MOTION FOR SUMMARY JUDGMENT

On January 22, 2020, Defendant Delta Air Lines, Inc. ("Defendant") filed a Motion for Summary Judgment ("Motion"). [Dkt. no. 77.] The Motion is currently scheduled for hearing on April 10, 2020. [Dkt. no. 79.] Based on the hearing date, Plaintiff Susan Wadas's ("Plaintiff") memorandum in opposition to the Motion and supporting materials are due by March 20, 2020. See Local Rule LR7.2.

On March 16, 2020, Defendant's counsel submitted a letter to the magistrate judge, stating the parties were "jointly request[ing] a continuance of the trial date and all unexpired deadlines, including the hearing on Defendant's Motion for Summary Judgment." [Dkt. no. 83.] A status conference to discuss this request is set before the magistrate judge on March 23, 2020. [Dkt. no. 84.] On March 18, 2020, Plaintiff's counsel submitted a letter to this Court stating counsel have agreed to postpone Plaintiff's deadline for her opposition materials to the Motion. [Dkt. no. 85 at 1.]

In light of counsel's representations, Defendant's Motion is HEREBY DEEMED WITHDRAWN. The withdrawal of the Motion is WITHOUT PREJUDICE to the renewal of the Motion by the filing of a one-page notice. A new hearing date and/or a briefing schedule will then be issued. At the March 23, 2020 status conference, the magistrate judge will issue a deadline for Defendant's filing of the one-page notice.

The dispositive motions deadline in this case expired on January 22, 2020. [Second Amended Rule 16 Scheduling Order, filed 10/31/19 (dkt. no. 72), at ¶ 7.] Therefore, only Defendant's notice that it is renewing the Motion may be filed. No other dispositive motions may be filed, unless the filing party obtains an amendment of the operative scheduling order by filing a motion pursuant to Fed. R. Civ. P. 16(b)(4).

IT IS SO ORDERED.

Submitted by: Agalelei Elkington, Courtroom Manager